UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-23292-JB

ALEXANDRIA SCAFIDI (Petitioner on
Immigrant Visa Petition Filed on Behalf
of MUHAMMAD HAMZA AHMAD),

      Plaintiff,

v.

TODD BLANCHE, *et al.*,

      Defendants.

_____/

### ORDER ON DEFENDANTS' EXPEDITED AGREED MOTION TO STAY

**THIS CAUSE** comes before the Court upon Defendants' Expedited Agreed Motion to Stay this Court's Scheduling Order Pending Determination of Reopened Form I-130 Petition.  ECF No. [16].  Upon due consideration of the Expedited Agreed Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court finds that all four factors set forth in *Lopez v. Miami-Dade Cnty.*, 145 F. Supp. 3d 1206, 1208 (S.D. Fla. 2015), weigh in favor of granting a stay and that (i) a stay is warranted to avoid unnecessary expenditures of time and resources, (ii) a stay will not prejudice Plaintiff since a decision is expected in less than a month, and (iii) a stay will serve the public interest in judicial economy and efficiency.

2. Defendants' Expedited Agreed Motion, ECF No. [16], is **GRANTED**.

3. All deadlines in the Court's Scheduling Order, ECF No. [15], and any other deadlines, including production of the administrative record and the briefing schedule, are **STAYED** until further order of the Court.

4. Plaintiff's Interview will occur on **June 16, 2026**.

5. A decision on the reopened Petition will occur within **twenty-one (21)** days of Plaintiff's interview or by **July 7, 2026** if Plaintiff's interview goes forward on June 16, 2026 as scheduled.

6. Once the decision by USCIS is made on or about July 7, 2026, the Parties will immediately inform the Court of the decision and, if warranted, file a motion to lift the stay.

7. If the reopened Petition is not resolved by July 7, 2026, the parties shall file a Joint Status Report every **thirty (30)** days beginning on **July 7, 2026** regarding the Government's adjudication of the reopened Petition and the necessity of maintaining a stay.

8. The action remains **OPEN**.

**DONE AND ORDERED** in Miami, Florida, this 12th  day of June, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**