**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-23292-JB**

ALEXANDRIA SCAFIDI (Petitioner on
Immigrant Visa Petition Filed on Behalf
of MUHAMMAD HAMZA AHMAD),

      Plaintiff,

v.

TODD BLANCHE, *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice.   ECF No. [18].   Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.   Each party shall bear their own attorney's fees and costs.   The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida this 8th day of July, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**